UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDRE ALSTON,

    Petitioner,

v.       Case No.:   3:21-cv-1150-MMH-MCR
                         3:13-cr-124-MMH-MCR

UNITED STATES OF AMERICA,

    Respondent.

_____

## ORDER

This cause is before the Court on Petitioner Andre Alston's letter motion requesting immediate release from custody. (Civ. Doc. 7; Crim. Doc. 177, Motion for Immediate Release). Alston contends he should be released from prison because the United States did not respond to his motion to vacate sentence under 28 U.S.C. § 2255 by the Court-ordered deadline. Alston is mistaken because the United States responded to his § 2255 motion on February 3, 2022 (Civ. Doc. 5, Response). Alston evidently received a copy of the Response because he addressed it in a Reply (Civ. Doc. 6), which he filed on February 7, 2022 (see Civ. Doc. 6 at 3).[1]

Accordingly, Alston's Motion for Immediate Release (Civ. Doc. 7; Crim. Doc. 177) is **DENIED**. The Court reminds Alston that litigants may not

---

[1] The Motion for Immediate Release is dated February 6, 2022 (Civ. Doc. 7 at 1), one day before Alston filed the Reply. Alston may have submitted the Motion for Immediate Release before he received a copy of the United States' Response.

correspond with the judges of the Court. See Rule 3.01(j), Local Rules, United States District Court for the Middle District of Florida. Any argument or request for relief must be put into the form of a motion or other authorized pleading.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of February, 2022.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

lc 19

<u>Copies:</u>
Counsel of Record
Andre Alston